**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Patrecse Miller and Aqien Miller, Defendants,

Of whom Aqien Miller is the Appellant.

In the interest of a minor under the age of 18.

Appellate Case No. 2014-000378

———————————

Appeal from Richland County
John M. Rucker, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-356
Submitted September 16, 2014 – Filed October 6, 2014

———————————

**AFFIRMED**

———————————

Benjamin Reynolds Elliott, of Stevens B. Elliott, Attorney At Law, of Columbia, for Appellant.

Claude Robin Chandler, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Angela L. Kohel and Casey Michal Brown, both of Richland County CASA, of Columbia, for the Guardian ad Litem.

————————————

**PER CURIAM:** Aquien Miller appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). After a review of the transcript and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Miller's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

————————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.